June 19, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

WILFRIDO MATA, Appellant

NO. 14-11-00446-CV                    V.

HARRIS COUNTY, TEXAS, Appellee

_____

This cause, an appeal from the order in favor of appellee, HARRIS COUNTY, TEXAS, signed April 21, 2011, was heard on the transcript of the record. We have inspected the record and find error in the trial court's order granting the plea to the jurisdiction. We therefore order the trial court's order granting the plea to the jurisdiction **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, HARRIS COUNTY, TEXAS, to pay all costs incurred in this appeal. We further order this decision certified below for observance.